Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM GERALD LOUNDS,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:22-cv-00760-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO COMPLAINT**<br><br>**FIRST REQUEST** |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff William Gerald Lounds ("Plaintiff"), by and through their counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiffs' Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiffs filed their Complaint on May 13, 2022. Experian was served on June 7, 2022. The deadline for Experian to respond to the Complaint is currently June 28, 2022. Plaintiffs and Experian stipulate and agree that Experian shall have an additional 21 days, up to and including **July 19, 2022**, to file its responsive pleading. This is Experian's first request for an extension of

time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow Experian time to investigate Plaintiff's claims.

**IT IS SO STIPULATED.**

DATED this 27th day of June, 2022.     NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
jbraster@nblawnv.com
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant Experian Information Solutions, Inc.*

DATED this 27th day of June, 2022.     PRICE LAW GROUP, APC

By: */s/ Steven A. Alpert*
Steven A. Alpert
Price Law Group, APC
5940 S. Rainbow Blvd, Suite 3014
Las Vegas, NV 89118

*Attorneys for Plaintiff William Gerald Lounds*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: June 27, 2022

ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

2 of 2