Michael J. Plati, AZ 016705
*Admitted pro hac vice*
Price Law Group, APC
8245 N. 85th Way
Scottsdale, AZ 85258
Telephone: (818) 600-5561
Email: plati@pricelawgroup.com

Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
5940 S Rainbow Blvd, Suite 3014
Las Vegas, NV 89118
T: (702) 794-2008
F: (866) 401-1457
alpert@pricelawgroup.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| William Gerald Lounds,<br><br>       Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; and Trans Union LLC,<br><br>       Defendants. | Case No.: 2:22-cv-00760-APG-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Williams Gerald Lounds and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Experian. Plaintiff and Defendant have agreed that all attorneys' fees and costs are to be paid as outlined in the settlement agreement and release.

There are no remaining claims in this matter.

1   Respectfully submitted this 16th day of February 2023.

2

3   */s/ Steven A. Alpert*                    */s/ Benjamin B. Gordon*
    Steven A. Alpert                        Jennifer L. Braster
4   Nevada Bar No. 8353                     Nevada Bar No. 9982
    PRICE LAW GROUP, APC                    Benjamin B. Gordon
5   5940 S Rainbow Blvd, Suite 3014         Nevada Bar No. 9982
6   Las Vegas, NV 89118                     NAYLOR & BRASTER
    (T) (702) 794-2008                      1050 Indigo Drive, Suite 200
7   Email: alpert@pricelawgroup.com         Las Vegas, NV 89145
                                            (T) (702) 720-7000
8   Michael J. Plati, AZ 016705             Email: jbraster@nblawnv.com
9   *Admitted pro hac vice*                 Email: bgordon@nblawnv.com
    Price Law Group, APC
10  8245 N. 85th Way                        Patrick J. Hall
    Scottsdale, AZ 85258                    *Admitted pro hac vice*
11  (T) (818) 600-5561                      JONES DAY
    Email: plati@pricelawgroup.com          3161 Michelson Dr., Suite 800
12                                          Irvine, CA 92612
13  *Attorneys for Plaintiff*               (T) 949) 553-7531
    *William Gerald Lounds*                 phall@jonesday.com
14
15                                          *Attorneys for Defendant*
                                            *Experian Information Solutions, Inc.*
16

17

18  **IT IS ORDERED** that the Stipulation is **GRANTED.**

19  The above-entitled matter is hereby dismissed with prejudice.

20

21

22  Dated: February 16, 2023

23

24  _____
    Honorable Andrew P. Gordon
25

26

27

28
                                2/2